**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JUNIOR ACADEMY OF MCKINNEY, INC., § § *Plaintiff,* § § V. § § STEARNS BANK, N.A. § § *Defendant.* § | CASE NO. 4:15cv320 Chief Judge Clark/Judge Craven |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2015, the report of the Magistrate Judge was entered, recommending Plaintiff's case be dismissed without prejudice for failure to prosecute or to comply with an order of the court.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore

**ORDERED** Plaintiff's above-entitled and numbered cause of action is **DISMISSED** without prejudice.

1

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ordered and signed on**

**Sep 12, 2015**

_____
Ron Clark, United States District Judge